

Case 05-27467   Filed 10/28/05   Doc 39

FILED
OCT 28 2005
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re ) Case No. 05-27467-C-7
)
MICHELLE E. HUBBARD, )
)
    Debtor. )
_____)

**FINDINGS OF FACT AND CONCLUSIONS OF LAW ON
MOTION TO REDEEM COLLATERAL**

    These findings of fact and conclusions of law are rendered in this contested matter pursuant to Federal Rule of Civil Procedure 52 as incorporated by Federal Rules of Bankruptcy Procedure 7052 and 9014.

<u>Jurisdiction</u>

    Jurisdiction is founded upon 28 U.S.C. § 1334.  This is a core proceeding.  28 U.S.C. § 157(b)(2)(G).

<u>Findings of Fact</u>

    On September 22, 2005, the debtor filed a motion to redeem collateral under 11 U.S.C. §722.  The collateral, a 2004 Suzuki Quad ("vehicle"), secures a debt owed to American General Finance ("creditor").  The debtor's motion establishes that the obligation was secured by personal property intended primarily for personal, family or household use.  The lien against the vehicle is in the approximate amount of $4,362.  In debtor's

opinion, the fair market value of the vehicle is $1,000.

A hearing was scheduled for October 25, 2005 to consider the motion. No opposition to the motion was filed. Upon review of the record, the court determined that the written record was adequate because there were no contested issues of fact and that no oral argument was necessary.

### Conclusions of Law

Under 11 U.S.C. § 722, a debtor may redeem consumer collateral by "cashing out" a creditor for the fair market value of the collateral. The fair market value of the collateral is determined to be $1,000.

Accordingly, the motion to redeem the collateral for $1,000 will be granted.

An appropriate order will issue.

Dated: October 27, 2005

_____
UNITED STATES BANKRUPTCY JUDGE

# CERTIFICATE OF SERVICE

On the date indicated below, I served a true and correct copy(ies) of the attached document by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed and by depositing said envelope in the United States mail or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's Office.

Michelle Hubbard
769 E. Cherrywood Place
Chandler, AZ 85249

Peter Macaluso
910 Florin Road #111
Sacramento, CA 95831-5259

Frederick Lucksinger
P.O. Box 2460
Rocklin, CA 95677

American General Finance
Agent for Service of Process
5311 Elkhorn Boulevard
Sacramento, CA 95842

Dated: 11·3·05

_____
Deputy Clerk